OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRIVILEDGED

PRESORTED FIRST CLASS

UNITED STATES POSTAGE

$ 00.26⁵

02 1R
0002003152     FEB 24 2015
MAILED FROM ZIPCODE 78701

PITNEY BOWES

**2/17/2015**

**NORRIS, ANGEL RENEE   Tr. Ct. No. C-1-009909-1157231-B     WR-78,501-02**

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

ANGEL RENEE NORRIS
EAST TEXAS TREATMENT FACILITY - TDC #
1808749
900 INDUSTRIAL DRIVE
HENDERSON, TX 756

RTS

N3B 75652